# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUWSHA ALWAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 4:17-CV-1411 |
| | : | |
| BARRY SMITH, ET AL., | : | (Judge Brann) |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd day of August 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is directed to mark this case in this Court **CLOSED**.

                              BY THE COURT:

                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              United States District Judge